1  FISHER & PHILLIPS LLP
   DAVID B. DORNAK, ESQ.
2  Nevada Bar No. 6274
3  300 S. Fourth Street, Suite 1500
   Las Vegas, NV  89101
4  Telephone:  (702) 252-3131
   E-Mail Address:  ddornak@fisherphillips.com
5  Attorney for Defendant
   Network Capital Funding Corporation
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| STEVEN BRADFORD, an individual, | ) | Case No: 2:25-cv-01019-JAD-MDC |
| --- | --- | --- |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | ) ) ) | |
| NETWORK CAPITAL FUNDING CORPORATION a Nevada corporation, | ) ) ) | |
| Defendant. | ) ) ) | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant NETWORK CAPITAL FUNDING CORPORATION ("Defendant") will have a two-week extension of time, up to and including August 11, 2025, to file its answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defendant is in the process of investigating the allegations contained in the Complaint and needs additional time to respond to them.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  This stipulation is sought in good faith and is the first request for an extension of
2  this deadline.
3  Dated this 23rd day of July, 2025.

4  GREENBERG GROSS LLP                    FISHER & PHILLIPS LLP

6  By: /s/ Matthew t. Hale                By: /s/ David B. Dornak
   JEMMA E. DUNN, ESQ.                    DAVID B. DORNAK, ESQ.
7  MATTHEW T. HALE, ESQ.                  300 S. Fourth Street, Suite 1500
   1980 Festival Plaza Drive, Suite 730   Las Vegas, Nevada 89101
8  Las Vegas, Nevada 89135                Attorneys for Defendant
   Attorneys for Plaintiff                *Network Capital Funding Corporation.*

10                       **IT IS SO ORDERED**

12  _____
    Hon. Maximiliano D. Couvillier III
13  United States Magistrate Judge

14  Dated: 7/28/2025

2