1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Steven Bradford

          Plaintiff(s).

    vs.

Network Capital Funding Corporation

         Defendant(s).

Case #2:25-cv-01019-JAD-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

**[ECF No. 13]**

    Lonnie D. Giamela    , Petitioner, respectfully represents to the Court:
    (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

    Fisher & Phillips LLP
    (firm name)

with offices at     444 South Flower Street, Suite 1500    .
    (street address)

    Los Angeles    California    90071
    (city)    (state)    (zip code)

    (213) 330-4454    lgiamela@fisherphillips.com
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

    Network Capital Funding Corporation    to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since ___December 2, 2023___ , Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                              (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | January 13, 2004 | 228435 |
| Eastern District of California | January 3, 2005 | 228435 |
| Southern District of California | January 14, 2005 | 228435 |
| Northern District of California | February 17, 2004 | 228435 |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.    That Petitioner is a member of good standing in the following Bar Associations.

> California Bar Association

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 11, 2025 | 2:25-cv-00098 | District Court of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                              Petitioner's signature

5    STATE OF _____California_____ )
                                    )
6    COUNTY OF ____Los Angeles____ )

7        ____Lonnie D. Giamela____ , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9

10   Subscribed and sworn to before me this    _____
                                                   Petitioner's signature

11   _____ day of _____ /  see attached certificate .

12

13

14   _____
           Notary Public or Clerk of Court

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
              **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19   believes it to be in the best interests of the client(s) to designate ____David B. Dornak____ .
                                                                              (name of local counsel)

20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21   above-entitled Court as associate resident counsel in this action. The address and email address of

22   said designated Nevada counsel is:

23   _____300 S. Fourth Street, Suite 1500_____ ,
                                       (street address)

24   ____Las Vegas____ , ____Nevada____ , ____89101____ ,
            (city)                  (state)              (zip code)

25

26   ____(702) 862-3812____ , ____ddornak@fisherphillips.com____
     (area code + telephone number)        (Email address)

27

28                                    4                                    Rev 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ David B. Dornak _____ as

   (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____

    (party's signature)

11  Network Capital Funding Corporation

12  _____
    (type or print party name, title)

13  _____
    (party's signature)

14

15  Tr. Ngaya   CTO

    _____
    (type or print party name, title)

16

17  **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19  _____

20  Designated Resident Nevada Counsel's signature

21  6274                          ddornak@fisherphillips.com
    _____    _____
    Bar number              Email address

22

23  APPROVED:

24  Dated: this **23rd** day of **September**  20**25**

25

26  _____
    UNITED STATES DISTRICT JUDGE

27

28                          5                          Rev. 5/16