JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
DAVID C. KIEBLER
Nevada Bar No. 16724
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *DKiebler@GGTrialLaw.com*

Attorneys for Plaintiff
Steven Bradford

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BRADFORD, an individual, | Case No.: 2:25-cv-01019-JAD-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION OR OTHERWISE RESPOND TO DEFENDANT'S MOTION TO AMEND ANSWER TO ASSERT COUNTERCLAIMS AND ADD PARTY** |
| v. | |
| NETWORK CAPITAL FUNDING CORPORATION, a Nevada corporation, | |
| Defendant. | **(First Request)** |

Plaintiff, Steven Bradford ("Plaintiff"), and Defendant, Network Capital Funding Corporation ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate to extend the time for Plaintiff to file his response to Defendant's Motion to Amend Answer to Assert Counterclaims and Add Party ("Motion") to December 12, 2025.

Per Local Rule IA 6-1, this request for an extension is based on the following reasons:

1. Plaintiff filed his Complaint on June 10, 2025.

-1-
STIPULATION AND ORDER

2. On July 23, 2025, Plaintiff and Defendant stipulated to extend Defendant's deadline to Answer through and including August 11, 2025.

3. On August 11, 2025, Defendant filed its Answer to Plaintiff's Complaint.

4. On November 12, 2025, Defendant filed a Motion to Amend its Answer to include counterclaims.

5. The Parties are currently engaging in settlement discussions and may resolve the case without further involvement of the Court.

6. Accordingly, the Parties agree and respectfully request that Plaintiff's deadline to oppose or otherwise respond to Defendant's Motion to Amend be extended to December 12, 2025.

7. This is the first request for extension of time for Plaintiff to oppose Defendant's Motion, and the first request of extension of time for Plaintiff. This request is made in good faith and not for purposes of delay or prejudice to any other party.

DATED November 24, 2025.

| | |
|---|---|
| **GREENBERG GROSS LLP** | **FISHER & PHILLIPS LLP** |
| */s/ David Kiebler* | */s/ Drew Tate* |
| Matthew T. Hale, Esq. | David B. Dornak, Esq. |
| David C. Kiebler, Esq. | Drew Tate, Esq. |
| 1980 Festival Plaza Drive, Suite 730 | 300 S. Fourth Street, Suite 1500 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

### ORDER

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: December 1, 2025