JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
DAVID C. KIEBLER
Nevada Bar No. 16724
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
  *JDunn@GGTrialLaw.com*
  *MHale@GGTrialLaw.com*
  *DKiebler@GGTrialLaw.com*

Attorneys for Plaintiff
Steven Bradford

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BRADFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK CAPITAL FUNDING CORPORATION, a Nevada corporation,<br><br>Defendant. | Case No.: 2:25-cv-01019-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION OR OTHERWISE RESPOND TO DEFENDANT'S MOTION TO AMEND ANSWER TO ASSERT COUNTERCLAIMS AND ADD PARTY**<br><br>**(Second Request)** |

Plaintiff, Steven Bradford ("Plaintiff"), and Defendant, Network Capital Funding Corporation ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, hereby stipulate to extend the time for Plaintiff to file his response to Defendant's Motion to Amend Answer to Assert Counterclaims and Add Party ("Motion") to January 9, 2026.

Per Local Rule IA 6-1, this request for an extension is based on the following reasons:

1. On November 12, 2025, Defendant filed a Motion to Amend its Answer to include counterclaims.

2. Plaintiff's response was originally due on November 26, 2025.

3. This Court granted the parties stipulation to extend Plaintiff's deadline to respond to December 12, 2025, so that the parties could try to resolve the case.

4. Plaintiff provided Defendant with a settlement demand, and the Parties are discussing scheduling a private mediation.

5. The Parties hope to resolve the case without consuming further resources of the Court.

6. Consequently, the parties request that Plaintiff's response deadline be extended to January 9, 2026.

This is the second request for extension of time for Plaintiff to oppose Defendant's Motion. This request is made in good faith and not for purposes of delay or prejudice to any other party.

DATED December 12, 2025.

| **GREENBERG GROSS LLP** | **FISHER & PHILLIPS LLP** |
|---|---|
| */s/ David Kiebler* | */s/ Drew Tate* |
| Matthew T. Hale, Esq. | David B. Dornak, Esq. |
| David C. Kiebler, Esq. | Drew Tate, Esq. |
| 1980 Festival Plaza Drive, Suite 730 | 300 S. Fourth Street, Suite 1500 |
| Las Vegas, Nevada 89135 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

**ORDER**
**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

Dated: December 15, 2025