FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
LONNIE D. GIAMLEA, ESQ.
Bar No. 228435
DREW M. TATE, ESQ.
Bar No. 312219
444 South Flower Street
Suite 1500
Los Angeles, California 90071
(213) 330-4500
Facsimile:  (213) 330-4501
ddornak@fisherphillips.com
lgiamela@fisherphillips.com
dtate@fisherphillips.com

Attorneys for Defendant
NETWORK CAPITAL FUNDING CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN BRADFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NETWORK CAPITAL FUNDING CORPORATION, a Nevada corporation,<br><br>Defendant. | Case No. 2:25-cv-01019-JAD-MDC<br><br>**STIPULATION AND ORDER TO PERMIT DEFENDANT LEAVE TO FILE A SECOND AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AND COUNTER-CLAIMS**<br><br>Date Action Filed: June 10, 2025 |

- 1 -

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, STEVEN BRADFORD ("Plaintiff"), Counter-Defendant GIGFINDER, LLC ("Counter-Defendant"), and Defendant, NETWORK CAPITAL FUNDING CORPORATION ("Defendant") (collectively, the "Parties"), by and through undersigned counsel, that Defendant is permitted leave to File a Second Amended Answer to Plaintiff's Complaint and Counterclaims. Pursuant to Federal Rules of Civil Procedure Rule 15(a)(2), the Parties stipulate as follows:

1.    On November 15, 2025, Defendant filed a Motion to Amend its Answer to assert counterclaims and to add a party to this case (Dkt. No. 22);

2.    On January 9, 2026, Plaintiff filed a Notice of Non-Opposition to Defendant's Motion to Amend its Answer to assert counterclaims and to add a party to this case (Dkt. No. 29);

3.    On January 20, 2026, the Court granted Defendant's Motion to Amend its Answer (Dkt. No. 31);

4.    On January 27, 2026, Defendant filed its Amended Answer to Plaintiff's Complaint and Counterclaims (Dk. No. 33);

5.    On February 17, 2026, Counter-Defendants' filed their Answer to Defendant's Counterclaims (Dk. No. 34);

6.    Thereafter, the Parties met and conferred regarding Defendant's First Claim for Relief for Misappropriation of Trade Secrets pursuant to 18 U.S.C. § 1836;

7.    Pursuant to such meet and confer efforts, Defendant has agreed to withdraw its First Claim for Relief for Misappropriation of Trade Secrets, and the Parties have agreed to permit Defendant leave to file a Second Amended Answer to withdraw such counterclaim; and

8.    This is the Parties' first joint request for Defendant to be permitted leave to file an amended answer. This request is made in good faith and is not made for the purpose of delay or to prejudice any party.

///

///

///

FISHER & PHILLIPS
LLP
ATTORNEYS AT LAW
LOS ANGELES

FP 55768755.1

IT IS THEREFORE STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record, that Defendant is permitted leave to file a Second Amended Answer to Plaintiff's Complaint and Counterclaims to withdraw Defendant's First Claim for Relief for Misappropriation pursuant to 18 U.S.C. § 1836.

IT IS SO STIPULATED.


GREENBERG GROSS LLP

By: ___/s/ David Kiebler_____
JEMMA E. DUNN, ESQ.
MATTHEW T. HALE, ESQ.
DAVID C. KIEBLER, ESQ.

Attorneys for Plaintiff/Counter-Defendant
*Steven Bradford* and Gigfinder, LLC


FISHER & PHILLIPS LLP

By: __/s/ Drew M. Tate_____
DAVID B. DORNAK, ESQ.
LONNIE D. GIAMELA, ESQ.
DREW M. TATE, ESQ.

Attorneys for Defendant
*Network Capital Funding Corporation.*


**ORDER**

The Defendant shall file and serve its Second Amended Answer and Counterclaim by **March 23, 2026**.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE


Dated: __March 16, 2026_____

FISHER & PHILLIPS
LLP
ATTORNEYS AT LAW
LOS ANGELES

FP 55768755.1